# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER PARKER BROWN,<br><br>    Plaintiff,<br><br>vs.<br><br>COLLECTO INC. dba EOS CCA, DOES 1-10 inclusive<br><br>    Defendant. | Case No.: 2:18-cv-03381-FMO-SS<br><br>**ORDER ON STIPULATION [14] RE DISMISSAL** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety, with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Each party shall bear its own costs and expenses.

Dated: December 12, 2018  _____/s/_____
                                          Honorable District Judge Fernando M. Olguin